IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Barginear Jr, Johnny L

Printed: 9/23/08

Case Number: 07 B 01816
Judge: Wedoff, Eugene R
Filed: 2/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: July 17, 2008
Confirmed: April 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,245.57 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 407.70 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,304.00 |
| Trustee Fee: |  | 159.88 |
| Other Funds: |  | 373.99 |
| Totals: | 3,245.57 | 3,245.57 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Robert J Semrad & Associates | Administrative | 2,304.00 | 2,304.00 |
| 2. Portfolio Recovery Associates | Unsecured | 407.70 | 407.70 |
| 3. City Of Chicago | Unsecured | 7,731.01 | 0.00 |
| 4. Wells Fargo Bank | Secured |  | No Claim Filed |
| 5. Illinois Collection Service | Unsecured |  | No Claim Filed |
|  |  | $ 10,442.71 | $ 2,711.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 131.54 |
| 6.5% | 28.34 |
|  | $ 159.88 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

